# United States District Court
# Northern District of Illinois

*Judge Bucklo*

In the Matter of

Goelz

v.

Holdren, et al.

Case No. 09 C 6396

Designated Magistrate Judge ~~Jeffrey Cole~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Virgina M. Kendall** to be related to **09 C 4734** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Elaine E. Bucklo

Dated: October 26, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Elaine E. Bucklo**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: OCT 2 6 2009

Finding of Relatedness (Rev. 9/99)